In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO.  09-14-00485-CR

_____

**FREDERICK RAY AKINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 75th District Court**
**Liberty County, Texas**
**Trial Cause No. CR27744**

**MEMORANDUM OPINION**

Frederick Ray Akins has filed a motion to dismiss his appeal.  *See* Tex. R. App. P. 42.2.  A request to dismiss the appeal is signed by appellant personally and joined by counsel of record.  No opinion has issued in this appeal.  The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on March 17, 2015
Opinion Delivered March 18, 2015
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.